UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James Sudberry,

    Plaintiff,

        v.　　　　　　　　　　　　　　　　　Case No.  1:11cv431

Warden Jackson, *et al.*,　　　　　　　　　　Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R') filed by the Magistrate Judge on August 8, 2011.  (Doc. 4.)

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's R&R have been filed.

Having reviewed this matter *de novo* pursuant to 28 U.S.C. § 636, this Court finds the Magistrate Judge's R&R to be correct.  Accordingly, it is **ORDERED** that the August 8, 2011 R&R of the Magistrate Judge (Doc. 4) is hereby **ADOPTED**:

    1.    The Complaint is **DISMISSED** with prejudice; and

    2.    This matter shall be **CLOSED** and **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael R. Barrett*
　　　　　　　　　　　　　　　　　　　　　　　Michael R. Barrett
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge